NUMBER 13-09-00439-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






ULYSSES SANCHEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.





On appeal from the 93rd District Court 


of Hidalgo County, Texas.





MEMORANDUM OPINION


 

Before Justices Yañez
, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, Ulysses Sanchez, attempts to appeal his conviction for manslaughter. 
The trial court has certified that this "is a plea-bargain case, and the defendant has NO
right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On August 5, 2009, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On October 26, 2009, counsel filed a letter brief with this Court. Counsel states that
the appellant did not seek a direct appeal in this matter, as the proper remedy is a petition
for habeas corpus. Counsel's response does not establish that the certification currently
on file with this Court is incorrect or that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
DISMISSED. Any pending motions are denied as moot.


 PER CURIAM

Do not publish. 

See Tex. R. App. P. 47.2(b).

Delivered and filed 

the 19th day of November, 2009.